**Electronically Filed**
**Supreme Court**
**SCPW-14-0000457**
**14-MAR-2014**
**08:55 AM**

SCPW-14-0000457

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MONTY V. RIDEOUT, Petitioner,

vs.

STATE OF HAWAI'I, Respondent.

ORIGINAL PROCEEDING
(S.P.P. No. 13-1-001K)

ORDER DENYING "MOTION FOR RELEASE ON OWN
RECOGNIZANCE PURSUANT TO H.R.A.P. 23(b)"
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Alm, assigned by reason of vacancy.)

Upon review of petitioner Monty V. Rideout's "Motion for Release on Own Recognizance Pursuant to H.R.A.P. 23(b)", which was filed on February 25, 2014, and which we treat as a petition for a writ of habeas corpus, the supporting documents, and the record, it appears that petitioner can seek relief in the circuit court and presents no special reason for the supreme court to invoke its original jurisdiction at this time. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Moreover, petitioner fails to demonstrate that his release from custody on

his own recognizance is fitting under the circumstances.  <u>See</u> HRAP Rule 23(b).  Therefore,

IT IS HEREBY ORDERED that the petition for a writ of habeas corpus is denied.

DATED: Honolulu, Hawai‘i, March 14, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Steven S. Alm

